February 18, 2022

**BY ECF**

Honorable Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 705
New York, NY 10007

RE:   *Ruthazer v. Iconix Brand Group, Inc. et al.*, 1:16-cv-04208-PGG

Dear Judge Gardephe:

On behalf of plaintiff Jack Ruthazer ("Plaintiff") and nominal defendant Iconix Brand Group, Inc. in the above-referenced consolidated action (the "Action"), we respectfully write to request that the docket for this Action be administratively closed.

On July 26, 2016, the Court issued an order consolidating for all purposes this action with a related action captioned *James v. Iconix Brand Group, Inc. et al.*, 1:16-cv-02212-PGG, and designated the caption for the consolidated action as *In re: Iconix Brand Group, Inc.*, 16-cv-02212-PGG (the "Consolidated Action").

On November 8, 2021, the parties in the Consolidated Action filed a notice of voluntary dismissal with prejudice. On November 9, 2021, the Court so-ordered the notice and directed the Clerk of Court to close the case.

Accordingly, we respectfully request that the Court direct the Clerk of Court to close the case for this related Action as well.

We are available if the Court has any questions.

Hon. Paul G. Gardephe
February 18, 2022
Page 2

                                      Respectfully submitted,

| SHUMAN GLENN & STECKER | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| */s/ Kip B. Shuman* | */s/ Alexander C. Drylewski* |
| KIP B. SHUMAN | JAY B. KASNER |
| One Pine Street, Suite 1250 | SCOTT D. MUSOFF |
| San Francisco, CA 94111 | ALEXANDER C. DRYLEWSKI |
| Telephone: (303) 861-3003 | One Manhattan West |
| Fax: (303) 536-7849 | New York, NY 10001 |
| kip@shumanlawfirm.com | Telephone: (212) 735-3000 |
|  | jkasner@skadden.com |
| SHUMAN GLENN & STECKER | smusoff@skadden.com |
| RUSTY E. GLENN | alexander.drylewski@skadden.com |
| 600 17th Street, Suite 2800 South |  |
| Denver, CO 80202 | *Counsel for Nominal Defendant Iconix Brand Group, Inc.* |
| Telephone: (303) 861-3003 |  |
| Fax: (303) 536-7849 |  |
| IZARD, KINDALL & RAABE LLP |  |
| MARK P. KINDALL |  |
| 29 South Main Street, Suite 305 |  |
| West Hartford, CT 06107 |  |
| Telephone: (860) 493-6292 |  |
| Fax: (860) 493-6290 |  |
| mkindalk@ikrlaw.com |  |

*Counsel for Plaintiff Jack Ruthazer*